**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                              )
SALAME M. AMR,                )
                              )
        Plaintiff,            )
                              )
        v.                    )    Civil Action No. 13-707 (RWR)
                              )
COMMONWEALTH OF VIRGINIA,     )
et al.,                       )
                              )
        Defendants.           )
_____)
```

## ORDER

For the reasons set forth in the accompanying memorandum opinion, it is hereby

ORDERED that the Commonwealth of Virginia's motion to dismiss the complaint [4], the American Society of Engineering Education's motion to dismiss the complaint [5], and Judge Payne's motion to dismiss the complaint [32] be, and hereby are, GRANTED. It is further

ORDERED that Judge Payne's motion [32] to set aside default be, and hereby is, GRANTED. It is further

ORDERED that all other pending motions be, and hereby are, DENIED as moot.

This is a final, appealable order.

SIGNED this 15th day of July, 2014.


                                    _____/s/_____
                                    RICHARD W. ROBERTS
                                    Chief Judge